### In re: James Allen MORRIS, Petitioner.

### No. 07–6464.

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2007.

Decided: July 30, 2007.

Rehearing En Banc Denied Aug. 28, 2007.

James Allen Morris, Petitioner Pro Se.

Before MICHAEL and KING, Circuit Judges, and WIDENER, Senior Circuit Judge.*

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

_____
* Judge Widener did not participate in the disposition of this matter. Accordingly, this

PER CURIAM:

James Allen Morris petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2254 (2000) petition. He seeks an order from this court directing the district court to act. Although we find that mandamus relief is not warranted because the delay is not unreasonable, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act expeditiously. We grant Morris's motion for leave to proceed in forma pauperis. We deny Morris's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*